# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CAPITOL RECORDS, INC.,
a Delaware corporation; UMG
RECORDINGS, INC., a
Delaware corporation; SONY
BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
and BMG MUSIC, a New York
general partnership,

    Plaintiffs,

v.                                          Case No.:  3:06cv410/MCR/MD

VALERIE GRIMES,

    Defendant.
_____/

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

    Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

    1.    Plaintiffs' Application For Default Judgment By The Court is hereby granted.

    2.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

    3.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

    4.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I Can't Make You Love Me," on album "Luck of the Draw," by artist "Bonnie Raitt" (SR# 133-193);

- "For My Dogs," on album "It's Dark And Hell Is Hot," by artist "DMX" (SR# 252-613);
- "It's No Crime," on album "Tender Lover," by artist "Babyface" (SR# 106-822);
- "Go To Sleep," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);
- "Troubles," on album "Songs in A Minor," by artist "Alicia Keys" (SR# 299-410);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**DONE AND ORDERED** in Pensacola, Florida, this 4th day of January, 2007.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

cc:   Chaila D. Restall

Valerie Grimes
6120 Azalea Rd.
Pensacola, FL 32504-7615

Case No.: 3:06cv410/MCR/MD